IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

JUN 05 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

| IN THE MATTER OF THE SEARCH OF: | MJ 20- 53 -BLG-TJC |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100012118338860 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | ORDER |

Based upon the motion of the United States, and good cause appearing,

IT IS ORDERED that this case and all pleadings in it, including the application and affidavit for a search warrant and the search warrant are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purpose of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 5 day of June, 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge