IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

**FILED**

JUN 05 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100012118338860 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC.** | Case No. MJ-20-53-BLG-TJC<br><br>**ORDER**<br><br>**Filed Under Seal** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscriber or customer of the account listed in the warrant) of the existence of the attached warrant until one year from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by destruction of or tampering with evidence, changing patterns of behavior, or intimidation potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook Inc. shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year from

the date of this Order, except that Facebook Inc. may disclose the attached warrant to an attorney for Facebook Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

DATED this 5 day of June, 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge